722

for petitioner. *Messrs. Harold C. Heiss, Russell B. Day,* and *Wm. G. Maupin* for the Brotherhood of Locomotive Firemen & Enginemen et al., and *Mr. Jas. G. Martin* for the Norfolk Southern Railway Co., respondents.

No. 826. STEELE *v.* LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Messrs. Arthur D. Shores* and *Charles H. Houston* for petitioner. *Messrs. Harold C. Heiss, Russell B. Day, James A. Simpson,* and *John W. Lapsley* for respondents.

No. 869. COMMISSIONER OF INTERNAL REVENUE *v.* SCOTTISH AMERICAN INVESTMENT CO., LTD.;

No. 870. COMMISSIONER OF INTERNAL REVENUE *v.* BRITISH ASSETS TRUST, LTD.; and

No. 871. COMMISSIONER OF INTERNAL REVENUE *v.* SECOND BRITISH ASSETS TRUST, LTD. May 29, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Marion N. Fisher* for respondents. Reported below: 139 F. 2d 419.

No. 925. UNITED STATES *v.* WADDILL, HOLLAND & FLINN, INC. ET AL. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted. *Solicitor General Fahy* for the United States. *Mr. Henry R. Miller, Jr.* for respondents.

No. 962. UNITED STATES *v.* GENERAL MOTORS CORP. May 29, 1944. Petition for writ of certiorari to the Circuit